**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ESSEX CLARK,

Plaintiff,

v.

EXPONENTS INSTA USA, INC.,

Defendant.

Case No. 2:26-cv-01320-JAD-DJA

**Order**

Due to the Court's conflicting schedule, the early neutral evaluation currently scheduled for August 21, 2026, is **RESET** for **1:30 p.m. on September 1, 2026**. Evaluation statements must be submitted, in an envelope marked "Confidential," directly to the undersigned's box in the Clerk's Office no later than **3:00 p.m. on August 25, 2026**. All other requirements in the prior order (Docket No. 8) remain in force. Further, the parties must meet and exchange settlement offers no later than August 17, 2026. No later than August 18, 2026, the parties must file notice on the docket as to whether an ENE would be fruitful or futile.

IT IS SO ORDERED.

Dated: July 23, 2026

Nancy J. Koppe
United States Magistrate Judge