**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Essex Clark,<br>Plaintiff(s),<br>v.<br>Exponents Insta USA, Inc.,<br>Defendant(s). | Case No. 2:26-cv-01320-JAD-DJA<br>**Order** |

Given counsel's representations as to futility, Docket No. 13, the Court **VACATES** the early neutral evaluation. The Court **INSTRUCTS** the Clerk's Office to remove the ENE flag from the docket and to remove the undersigned as the settlement judge in this case.

IT IS SO ORDERED.

Dated: August 19, 2026

Nancy J. Koppe
United States Magistrate Judge