JEFF WINCHESTER, ESQ. (Nevada Bar No. 10279 )
E: JWinchester@ohaganmeyer.com
COURTNEY FULMER, ESQ. (Nevada Bar No. 17684)
E: CFulmer@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendants Exponents Insta USA, Inc.,*

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

ESSEX CLARK, an individual,

*Plaintiff,*

vs.

EXPONENTS INSTA USA, INC., a California corporation,

*Defendants.*

Case No. 2:26-cv-01320-JAD-DJA

**~~STIPULATION AND~~ ORDER TO EXTEND DISCOVERY CUT-OFF**

Pursuant to LR IA 6-1(a) and LR 26-3, the parties, by and through their respective counsel of record, hereby state as follows:

1. On June 15, 2026, the Court entered an Order granting the Stipulated Discovery Plan and Scheduling Order. [ECF No. 10]
2. Per the Stipulated Discovery Plan and Scheduling Order, discovery is scheduled to end on December 7th, 2026, with summary judgment motions due by January 5th, 2027.
3. This is the first request by the parties to amend the Court's Discovery Plan and Scheduling Order.
4. The parties stipulate and agree to extend the discovery cut-off deadline by 90 days.
5. As detailed below, this stipulation is made in good faith and not for purposes of delay.



O'HAGAN MEYER ATTORNEYS ▲ ADVISORS

## I. STATEMENT OF DISCOVERY THAT HAS BEEN COMPLETED

To date, the parties have diligently engaged in Discovery:

1. On June 25, 2026, Defendant served its Initial Disclosures pursuant to FRCP 26(a)(1)(A);
2. On June 26, 2026, Plaintiff served its Initial Disclosures pursuant to FRCP 26(a)(1)(A);
3. On June 29, 2026, Plaintiff served his First Set of Interrogatories to Defendant;
4. On June 29, 2026, Plaintiff served his First Set of Requests for Production of Documents to Defendant;
5. On July 14, 2026, Defendant served its responses to Plaintiff's First Set of Requests for Production of Documents;
6. On July 16, 2026, Defendant served its First Supplemental Disclosures;
7. On August 12, 2026, Plaintiff served his Notice of Deposition of Defendant's Rule 30(b)(6) Witness;
8. On August 21, 2026, Defendant served its responses to Plaintiff's First Set of Interrogatories;
9. On August 24, 2026, Plaintiff served a meet-and-confer letter regarding Defendant's responses to Plaintiff's First Set of Requests for Production of Documents;
10. On September 24, 2026, Plaintiff served a supplemental meet-and-confer letter regarding Defendant's responses to Plaintiff's First Set of Requests for Production of Documents;
11. On October 14, Defendant served its response to Plaintiff's meet-and-confer letter
12. On October 19, 2026, Plaintiff served his Amended Notice of Exponents 30(b)(6) Witness;
13. On October 21, 2026, Plaintiff served his Second Amended Notice of Exponents 30(b)(6) Witness;
14. On October 22, 2026, Defendant served its First Set of Requests for Production of Documents to Plaintiff;
15. On October 22, 2026, Defendant served its First Set of Interrogatories to Plaintiff;
16. On October 22, 2026, Defendant served its Notice of Deposition of Plaintiff.
17. On November 5th, 2026, Defendant deposed Plaintiff Essex Clark.



O'HAGAN MEYER ATTORNEYS ▲ ADVISORS

O'HAGAN MEYER
ATTORNEYS & ADVISORS

## II. DISCOVERY YET TO BE COMPLETED

The discovery that remains to be completed includes:

1. Plaintiff has noticed a Rule 30(b)(6) deposition for November 25th, 2026.
2. One of Defendant's 30(b)(6) witnesses is unavailable on November 25th, 2026 due to preexisting holiday travel plans. Said witness's 30(b)(6) deposition will be rescheduled for early December.
3. A key witness, Steve Paladino, is no longer employed by Defendant, and remains to be deposed by Plaintiff. Among other things, Mr. Paladino made the decision to terminate Plaintiff's employment. Mr. Paladino has expressed that he will not voluntarily participate in the discovery process and thus will have to be served with a deposition subpoena requiring him to appear for deposition.

## III. WHY THE DEADLINES HAVE NOT BEEN SATISFIED

The parties jointly request a ninety-day extension of the discovery cutoff date to complete outstanding discovery and any necessary follow-up discovery. Plaintiff's deposition was held on November 5, 2026, and the deposition of one of Defendant's corporate representative is scheduled for November 25, 2026. Defendant also served written discovery on Plaintiff on October 22, 2026. Following the depositions and receipt of Plaintiff's written discovery responses, the parties anticipate evaluating the need for additional depositions of fact witnesses whose testimony may rebut evidence obtained through discovery. Also, as noted above, a key witness has stopped cooperating in the discovery process and will have to be issued a subpoena to secure his appearance at deposition.

In addition, the parties have scheduled a private mediation for January 6, 2027. The requested extension would allow the parties to proceed with mediation and, if the matter does not resolve, complete the remaining discovery afterward. Accordingly, the parties request that the Court extend the discovery cutoff by ninety days, and adjust all remaining deadlines as follows:

/ / /

/ / /

## IV. PROPOSED NEW DEADLINES

| | Current Deadline | New Deadline |
|---|---|---|
| Discovery Cut-Off | December 7, 2026 | March 8, 2027 (which is 91 days as the 90th day falls on Sunday, March 7, 2027, a non-judicial day) |
| Dispositive Motions | January 5, 2027 | April 5, 2027 |
| Pretrial Order (if no dispositive motion is filed) | February 4, 2027 | May 5, 2027 |

Dated this 20th day of November, 2026.

/s/ Coco Padilla
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JORGE "COCO" PADILLA
Nevada Bar No. 16295
GREENBERG GROSS LLP
1980 Festival Plaza Drive,
Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff Essex Clark*

*/s/ Jeff Winchester*
JEFF WINCHESTER, ESQ.
Nevada Bar No. 10279
COURTNEY FULMER, ESQ.
Nevada Bar No. 17684
O'HAGAN MEYER PLLC
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendants Exponents Insta USA, Inc.,*

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated: 11/24/2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE



O'HAGAN MEYER ATTORNEYS ▲ ADVISORS